Nancy Hoffmeier Zamora, Esq., TRUSTEE
U.S. Bank Tower
633 West 5th Street, Suite 2600
Los Angeles, CA  90071
Telephone:  (213) 488-9411
Facsimile:   (213) 488-9418
Email:  Zamora3@aol.com

# UNITED STATES BANKRUPTCY COURT
## Central District
## San Fernando Valley Division

| In Re:<br><br>BABALYAN, DAVID<br><br><br><br>Debtor(s) | Case No.: 1:14-13095-MT<br><br>14130952<br><br>Chapter: 7<br><br>NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |
|---|---|

COUNSEL: Tyson Takeuchi
TO THE ABOVE NAMED DEBTOR(S):

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to **August 11, 2014** at **10:00 a.m.** at United State Trustee meeting room, 21051 Warner Center Lane, Suite 105, Woodland Hills, CA 91367, for the reason set forth below:

You failed to appear at the 341(a) meeting previously scheduled in your matter.  You are further notified that in the event you do not appear at said time and place, your case may be dismissed by the United States Bankruptcy Court.

Dated:  July 25, 2014                              /s/ Nancy Hoffmeier Zamora, Esq.
                                                                 Nancy Hoffmeier Zamora, Esq.
                                                                 Chapter 7 Trustee

I certify that I served the within notice on the above debtor(s) and the debtor(s)' attorney, and interested parties on July 25, 2014.

                                                                 /s/ Nancy Zamora
                                                                 Nancy Zamora